*April 2, 2002*

## MOTION AND PROCEDURAL RULINGS

**02–138. State ex rel. Dayton–Walther Corp. v. Indus. Comm.**
Franklin App. No. 01AP–179. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 24, 2002.